# In the United States Court of Federal Claims

No. 02-1078L
(Filed: August 2, 2021)

**ERIKA BAILEY-JOHNSON**

    **Plaintiff**

**v**                                                                                  **JUDGMENT**

**THE UNITED STATES**

    **Defendant**

Pursuant to the court's Order, filed July 30, 2021, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, judgment entered, pursuant to Rule 58, that plaintiff's complaint is dismissed for lack of subject-matter jurisdiction. No costs are awarded.

                                                        Lisa L. Reyes
                                                        Clerk of Court

                                                    By: s/ Anthony Curry

                                                        Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $505.00.